UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AGNES T. SCOTT & HARRY SCOTT, )
     Plaintiffs, )
)
)
   v. ) C.A. No. 10-375-S
)
UNITED STATES OF AMERICA, )
     Defendant. )
)

**ORDER**

William E. Smith, United States District Judge.

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on September 23, 2011, in the above-captioned matter is accepted pursuant to 28 U.S.C. § 636(b)(1). No objection having been filed, Defendant's Motion to Dismiss Plaintiffs' Complaint is hereby GRANTED as to the loss of consortium claim and is hereby converted into a motion for summary judgment and GRANTED as to the negligence claim.

IT IS SO ORDERED.

_____
William E. Smith
United States District Judge
Date: 11/22/11