UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| AGNES T. SCOTT & HARRY SCOTT,<br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | C.A. No. 10-375-S |

**ORDER**

William E. Smith, United States District Judge.

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on September 23, 2011, in the above-captioned matter is accepted pursuant to 28 U.S.C. § 636(b)(1). No objection having been filed, Defendant's Motion to Dismiss Plaintiffs' Complaint is hereby GRANTED as to the loss of consortium claim and is hereby converted into a motion for summary judgment and GRANTED as to the negligence claim.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
United States District Judge
Date: 11/22/11